IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEBORAH GWILT, individually and as Personal
Representative for the Estate of John C. Martin, and
WILMA MARTIN, individually, JONATHAN MARTIN,
individually, LINDA MARTIN, individually, and
MATTHEW MARTIN, individually,

                No. 1:13-cv-01138-KG-KK

  Plaintiffs,

 v.

FRONTERA PRODUCE LTD, a foreign corporation;
PRIMUS GROUP, INC., a foreign corporation, d/b/a
"Primus Labs"; WALMART STORES, INC., a foreign
corporation; WALMART STORES EAST, L.P., a foreign
corporation; and JOHN DOES 1-10,

  Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Unopposed Motion of Defendants Frontera Produce LTD and Primus Group, Inc. d/b/a Primus Labs for Dismissal with Prejudice, having reviewed the motion and being otherwise fully advised in these premises, the Court FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims which were asserted or which could have been asserted by Plaintiffs Deborah Gwilt, individually and as Personal Representative for the Estate of John C. Martin, and Wilma Martin, individually, Jonathan Martin, individually, Linda Martin, individually, and Matthew Martin, individually (collectively "Plaintiffs") against Defendants Frontera Produce LTD and Primus Group, Inc. in Plaintiffs' Complaint for Personal Injuries, Wrongful Death and Loss of Consortium and in all prior and subsequent complaints in this action, and all claims which were asserted or which

could have been asserted by Defendants against each other in this action, are hereby dismissed with prejudice with each party bearing their respective costs and attorney's fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, Frontera Produce LTD and Primus Group, Inc., being the remaining defendants in this action, this action is hereby dismissed with prejudice as to the entire action.

_____
UNITED STATES DISTRICT JUDGE

**STIPULATED AND AGREED TO**:

MILLER STRATVERT P.A.

By: */s/ Robert A. Corchine*
      Robert A. Corchine
      rcorchine@mstlaw.com
*Attorneys for Defendant Frontera Produce LTD*
P.O. Box 25687
Albuquerque, NM 87125-0687
Ph:  (505) 842-1950
Fax:  (505) 243-4408


KAUFMAN BORGEEST & RYAN, LLP

By: */s/ Jeffrey S. Whittington – approved 3/6/15*
      Jeffrey S. Whittington
      jwhittington@kbrlaw.com
*Attorneys for Defendant Primus Group, Inc.*
*d/b/a Primus Labs*
23975 Park Sorrento, Suite 370
Calabasas, CA 91302-4022
Ph:  (818) 880-0992
Fax: (818) 880-0993

- and -

MADISON & MROZ, P.A.
M. Eliza Stewart
mes@madisonlaw.com
Michael J. Dekleva
Kelly S. Street
P.O. Box 25467
Albuquerque, NM 87125-5164
Ph:  (505) 242-2177
Fax:  (505) 242-7184


YOUTZ & VALDEZ, P.C.
Gabrielle M. Valdez
gabrielle@youtzvaldez.com
*Attorneys for Plaintiffs*
900 Gold Avenue SW
Albuquerque, NM  87102
Ph:  (505) 244-1200
Fax: (505) 244-9700

- and -

MARLER CLARK L.L.P., P.S.

By:  */s/ Bruce T. Clark – approved 2/9/15*
        Bruce T. Clark
         bclark@marlerclark.com
1301 2nd Avenue, Suite 2800
Seattle, WA 98101-3808
Ph:  (206)-346-1888